UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RONNIE LOUIS GAYLES,<br><br>          Petitioner,<br>   v.<br>JEFFREY A UTTECHT,<br><br>          Respondent. | CASE NO. C19-5366 BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Theresa L. Fricke, United States Magistrate Judge. Dkt. 12. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) Petitioner's motion requesting a ruling on the petition is **DENIED as moot**;

(3) Petitioner's petition for habeas corpus, Dkt. 6, is **DISMISSED without prejudice** for failure to exhaust state judicial remedies;

(4) A certificate of appealability is **DENIED**; and

(5) The Clerk shall enter judgment and close this case.

Dated this 23rd day of August, 2019.

BENJAMIN H. SETTLE
United States District Judge

ORDER